

January 14, 2020

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
orrick.com

*VIA ECF*

The Honorable Sarah L. Cave
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, New York 10007

Re:   Joint Request for Adjournment - Trellian Pty Ltd. v. adMarketplace, Inc., 19-CV-5939

Your Honor:

In accordance with the Court's Individual Rules, the parties make this joint submission to request an adjournment of the mediation conference currently scheduled for February 18, 2020. This is the parties' first request for adjournment.

The representative for Plaintiff, who is located in Australia and plans to appear telephonically for the conference per Your Honor's instructions, cannot be available for a morning conference on February 18 due to the time difference between New York and Beaumaris, Australia. Likewise, while the New York state court trial that initially created a conflict for early February has now been adjourned due to a recently-granted appeal, attorneys for Defendant now have conflicting obligations during the week of February 17.

Consequently, the parties would like to respectfully request that, if the Court has availability, the conference be rescheduled for **10 a.m. on either February 5 or February 6**. (Plaintiff is available in the morning and not the afternoon on those dates because its representative will be travelling.) If the Court is unavailable on those dates, the parties request that the conference be scheduled for the next available 2 p.m. afternoon session between March 3 and 10, 2020.

Very truly yours,

*/s/ Richard A. Jacobsen*

Richard A. Jacobsen
Counsel for adMarketplace, Inc.

The Honorable Sarah L. Cave
December 10, 2019
Page 2

cc: Turner Smith, Counsel for Trellian Pty Ltd. (via ECF)

> The parties' joint Letter-Motion to adjourn the Settlement Conference scheduled for Tuesday, February 18, 2020 (ECF No. 31) is GRANTED.  The Settlement Conference is rescheduled to **Monday, March 9, 2020 at 2:00 pm**.  The parties' written submissions are now due **Tuesday, March 3, 2020**.  The Clerk of Court is respectfully directed to close ECF No. 31.
>
> SO-ORDERED 1/15/2020

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge