

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

orrick.com

Rochelle Swartz
(212) 506-5367
rswartz@orrick.com

March 9, 2020

*VIA ECF*

The Honorable Sarah L. Cave
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:     Trellian Pty Ltd. v. adMarketplace, Inc., 19-cv-5939**

Dear Magistrate Judge Cave:

    Pursuant to my conversation with chambers today, I am writing to request that the settlement conference scheduled for today in this action be adjourned on the consent of the parties. As requested by chambers, the parties will submit a letter to the Court as soon as possible with proposed dates for the rescheduled conference.

Respectfully submitted,

*/s/ Rochelle Swartz*

Rochelle Swartz

cc:     Counsel of Record

---

The parties' joint Letter-Motion to adjourn the settlement conference scheduled for today, March 9, 2020 (ECF No. 33) is GRANTED. The Settlement Conference is adjourned <u>sine die</u>. The parties are ordered to file a joint letter with proposed dates for the rescheduled conference by **Friday, March 13, 2020**.

SO-ORDERED 3/9/2020

SARAH L. CAVE
United States Magistrate Judge