

March 13, 2020

**VIA ECF**

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
orrick.com

The Honorable Sarah L. Cave
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, New York 10007

Re: Joint Request for Adjournment - Trellian Pty, Ltd. v. adMarketplace, Inc., 19-CV-5939

Your Honor:

In accordance with the Court's March 9, 2020 Order, the parties make this joint submission to request an adjournment of the mediation conference previously scheduled for March 9, 2020. This is the parties' second request for adjournment.

The representative for Plaintiff, who is located in Australia and plans to appear telephonically for the conference per Your Honor's instructions, cannot be available for a morning conference. The parties therefore respectfully request that, if the Court has availability, the conference be rescheduled for an afternoon session during the week of April 13, 2020.

Very truly yours,

/s/ Richard A. Jacobsen

Richard A. Jacobsen
Counsel for adMarketplace, Inc.

cc: Turner Smith, Counsel for Trellian Pty, Ltd. (via ECF)

> The parties' joint request to reschedule the settlement conference for an afternoon session during the week of April 13, 2020 (ECF No. 35) is DENIED. The Settlement Conference is rescheduled to **Friday, May 8, 2020 at 2:00 pm with submissions due by Monday, May 4, 2020**. The Clerk of of Court is respectfully directed to close ECF No. 35.
>
> SO-ORDERED 3/16/2020

SARAH L. CAVE
United States Magistrate Judge