UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRELLIAN PTY, LTD.,

                Plaintiff,

against

adMARKETPLACE, INC.,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 5939 (VM) (SLC)

**AMENDED SETTLEMENT CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Settlement Conference scheduled for June 30, 2020 is rescheduled to **Tuesday, July 7, 2020 at 2:00 pm** with settlement submissions due by **Wednesday, July 1 2020**.

Dated:      New York, New York
             May 6, 2020

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**