UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRELLIAN PTY, LTD.,<br><br>                    Plaintiff,<br><br>     -v-<br><br>adMARKETPLACE, INC.,<br><br>                    Defendant. | CIVIL ACTION NO.: 19 Civ. 5939 (JPC) (SLC)<br><br>**TELEPHONE CONFERENCE**<br>**SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference concerning the parties' Joint Letter-Motion for an extension of the Case Management Plan deadlines (ECF No. 52) is scheduled for **Friday, October 23, 2020, at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
          October 15, 2020

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**