USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TRELLIAN PTY, LTD.,                                                    :
                                                                       :
                        Plaintiff,                                     :
                                                                       :     19-CV-5939 (JPC) (SLC)
           -v-                                                         :
                                                                       :     ORDER
ADMARKETPLACE, INC.,                                                   :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The post-discovery Pretrial Conference before this Court scheduled for January 14, 2021, at 1:00 p.m. is hereby adjourned to June 24, 2021, at 10:00 a.m.  The conference shall take place in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.  The conference scheduled for November 5, 2020 is adjourned *sine die*.  A joint letter pursuant to the Court's Notice of Reassignment, dated October 16, 2020 (Dkt. 55), is due on October 30, 2020.

      SO ORDERED.

Dated: October 30, 2020
      New York, New York
                                                  JOHN P. CRONAN
                                           United States District Judge