UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRELLIAN PTY, LTD.,

    Plaintiff,

v.

adMARKETPLACE, INC.,

    Defendant.

1:19-cv-05939-JPC-SLC

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Rochelle F. Swartz, dated December 31, 2020, I hereby move this Court before the Honorable John P. Cronan, at the United States Courthouse for the Southern District of New York, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order permitting my withdrawal as counsel for Defendant adMarketplace, Inc. in the above-captioned action.

Dated: New York, New York
December 31, 2020

Respectfully submitted,

/s/ *Rochelle F. Swartz*
Rochelle F. Swartz
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Tel: 212-506-5367
rswartz@orrick.com

*Attorney for Defendant adMarketplace, Inc.*