UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRELLIAN PTY, LTD.,

                    Plaintiff,

-v-                                    CIVIL ACTION NO.: 19 Civ. 5939 (JPC) (SLC)

**ORDER**

adMARKETPLACE, INC.,

                      Defendant.

**SARAH L. CAVE,** United States Magistrate Judge:

A Telephone Conference concerning Defendant adMarketplace, Inc.'s ("AMP") letter-motion to compel production by non-party Resilion, LLC ("Resilion") (ECF Nos. 64–65, 67) is scheduled for **Friday, January 15, 2021 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Before the Telephone Conference, AMP and Resilion shall meet and confer to select for the Court's review twenty (20) documents containing the disputed redactions (the "Sample Documents"). By **5:00 pm** on **Wednesday, January 13, 2021**, AMP and Resilion shall: (i) file under seal redacted versions of the Sample Documents; and (ii) shall submit to the Court via email to cave_nysdchambers@nysd.uscourts.gov an unredacted copy of the Sample Documents in a password-protected zip file and send the password by a separate email to the same address. AMP and Resilion are instructed to consult the Court's Individual Practices in Civil Cases and the Southern District of New York's Electronic Case Filing Rules & Instructions concerning sealed filings.

Dated:     New York, New York
            January 11, 2021

                                      SO ORDERED

                                    _____
                                    SARAH L. CAVE
                                    United States Magistrate Judge

2