AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Trellian Pty, Ltd., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-5939 (VM) (SLC) |
| adMarketplace, Inc., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

adMarketplace, Inc.

Date: 01/11/2021

/s/ Aaron J. Gold
*Attorney's signature*

Aaron J. Gold (NYS Bar No. 5462080)
*Printed name and bar number*

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
*Address*

aaron.gold@orrick.com
*E-mail address*

(212) 506-5179
*Telephone number*

(212) 506-5151
*FAX number*