UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRELLIAN PTY, LTD.,

    Plaintiff/Counter Defendant

v.

ADMARKETPLACE, INC.

    Defendant/Counter Claimant

**SEALING ORDER**

1:19-cv-05939-JPC-SLC

---

**Sarah L. Cave**, United States Magistrate Judge.

The Letter Motion of non-party Resilion, LLC, at ECF No. __78__, seeking to redact portions of the January 15, 2021 Motion to Compel Hearing Transcript, at ECF No. 74, is hereby GRANTED and good cause exists to redact the limited data identified in Resilion, LLC's Letter Motion from the January 15, 2021 Hearing Transcript.

ORDERED, that the document filed at ECF No. 74 shall remain visible only to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. __78__.

Dated:    New York, New York
            January 28, 2021

                                              _/s/ Sarah L. Cave_
                                              Sarah L. Cave
                                              United States Magistrate Judge