UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRELLIAN PTY, LTD., <br><br> Plaintiff, <br><br> - against - <br><br> ADMARKETPLACE, INC., <br><br> Defendant. | No. 1:19-cv-05939-VM-SLC <br><br> **STIPULATION OF** <br> **DISMISSAL WITH PREJUDICE** |

WHEREAS, on or about June 25, 2019, plaintiff Trellian, Pty. Ltd. ("Plaintiff") initiated this matter by filing a complaint against defendant adMarketplace ("Defendant");

WHEREAS, on or about August 23, 2019, Defendant filed counterclaims against Plaintiff;

WHEREAS, Plaintiff and Defendant (together, the "Parties") have agreed to a resolution of the Parties' claims;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, that this action is hereby dismissed with prejudice.

Dated: New York, New York
April 21, 2021

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

_____

Turner P. Smith
101 Park Avenue
New York, New York 10178
(212) 696-6000
tsmith@curtis.com

*Attorney for Trellian Pty, Ltd.*

Dated: New York, New York
April 21, 2021

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

_____

Richard A. Jacobsen
R. Colby Allsbrook
51 West 52nd Street
New York, New York 10019
(212) 506-5000
rjacobsen@orrick.com
callsbrook@orrick.com

*Attorneys for adMarketplace, Inc.*